| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | LARRY PHILPOT, an Individual, | Case No.: 3:17-cv-05309 |
| 11 | | *Hon. Joseph C. Spero Presiding* |
| 12 | Plaintiff, | [~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL |
| 13 | | |
| 14 | vs. | |
| 15 | | |
| 16 | FACEBOOK, INC., a Delaware Corporation; and DOES 1-10, | |
| 17 | | |
| 18 | Defendants. | |

1

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to bear its own attorney fees and costs.

<u>SO ORDERED.</u>

Dated: May 4, 2018

By: _____
HONORABLE JOSEPH C. SPERO
U.S. CHIEF MAGISTRATE JUDGE